IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARK EUGENE ENGLE<br>(TDCJ No. 1958430),<br><br>Petitioner,<br><br>V.<br><br>LORIE DAVIS, Director<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br><br>Respondent. | § § § § § § § § § § § § | No. 3:16-cv-2538-N-BN |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Petitioner shall therefore pay the $5.00 filing fee within 21 days of this order.

SO ORDERED this 7th day of October, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE